IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:22-CV-141-MR-DCK

| BARBARA A. BEAVER, | ) |
| :--- | :--- |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| PFIZER INC., | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by Mel J. Garofalo, concerning Jason M. Reefer, on July 27, 2022. Jason M. Reefer seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Jason M. Reefer is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: July 27, 2022

David C. Keesler
United States Magistrate Judge